-----
Message-ID: <"CIVEX01-030422172059Z-84724*/PRMD=USDOJ/ADMD= /C=US/"@MHS>
From: Reginald.Blades@usdoj.gov
To: "Kaufer, Howard" <Howard.Kaufer@dla.mil>, "'uscher@govconlaw.com'" <uscher@govconlaw.com>
Subject: RE: Gold Line (4/11 Doc. Discovery)
Date: Tue, 22 Apr 2003 13:21:45 -0400
X-Mailer: Internet Mail Service (5.5.2656.59)

As we discussed today on the telephone, yes we are interested in the basis, methodology, and conclusions regarding the valuation of petroleum fuels (e.g., jet fuel, gasoline, diesel, heating oil, and similar products).

-----Original Message-----
From: uscher@govconlaw.com [mailto:uscher@govconlaw.com]
Sent: Tuesday, April 22, 2003 12:47 PM
To: Blades, Reginald; hkaufer@desc.dla.mil
Subject: Gold Line (4/11 Doc. Discovery)

REGGIE and HOWARD: I am working with our experts to identify documents responsive to your 4/11 document request.

Last week we discussed limiting your request to documents describing "methods of valuing liquid petroleum fuels." A related question has come up. Baker & O'Brien has done studies valuing "refineries" as assets. In a few cases the studies focus on hardware or equipment. However, more common are studies that primarily value the refinery asset, but also refer to product values and methods. I assume you also wish the segregable portions (product values and methods) of these studies. Please confirm. Thanks, Ron Uscher.