WACW Cohen, D
Blades, R

BASTIANELLI, BROWN & KELLEY
CHARTERED
TWO LAFAYETTE CENTRE
1133 21ST STREET, N. W.
SUITE 500
WASHINGTON, D. C. 20036
(202) 293-8815

ADRIAN L. BASTIANELLI, III
J. MITCHELL BROWN *
PHILIP R. CROESSMANN *
JAMES A. KELLEY *
CHARLES M. REIFEL
RICHARD W. SCHWARTZMAN
GEORGE W. STIFFLER
DONALD A. TOBIN
RONALD H. USCHER *
NICK R. HOOGSTRATEN +
LORI ANN LANGE +
TINA S. TISINGER *

*ALSO ADMITTED IN VIRGINIA
+ALSO ADMITTED IN MARYLAND

ALSO OFFICES IN
BALTIMORE, MARYLAND
(410) 837-5206 AND
ALEXANDRIA, VIRGINIA
(703) 549-7016

FACSIMILE
(202) 293-7994

bbk@govconlaw.com

October 9, 2003

**BY TELECOPY (202) 307- 0972 and BY MAIL**

Reginald T. Blades, Jr., Esquire
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 12130
Washington, DC 20530

RE: *Gold Line Refining, Ltd. v. United States*, No. 98-543-C

Dear Reggie:

This follows-up my October 2, 2003 letter about the availability of Baker & O'Brien, Inc. ("B&O") documents for inspection and copying.

My letter said thirty-four B&O projects, comprising approximately twenty boxes of documents, were available for inspection beginning October 8, 2003. Also, I explained that six B&O projects were stored off-site and would be reviewed. This review is now complete. Documents relating to five of B&O's six projects have been located and moved to B&O's Dallas, TX office. The five projects include about twenty-four boxes of materials. B&O was unable to locate one of the six project files initially thought to be in off-site storage. In summary, thirty-nine projects, comprising about forty-four boxes, are now available for your inspection and copying in accordance with the procedures outlined in my October 2nd letter.

Please call if you have any questions.

Very truly yours,

Ronald H. Uscher

Ronald H. Uscher

cc: Howard Kaufer, Esq.
Defense Energy Support Center

Dileep Sirur and John O'Brien
Baker & O'Brien, Inc.

154-98-543
CB