**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GOLD LINE REFINING, LTD., Through its Trustee Ben B. Floyd, Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-543C (Judge Hewitt) |

JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to RCFC 26(c), Plaintiff, Gold Line Refining, Ltd. ("Gold Line"), and Defendant the United States respectfully submit this joint motion for entry of the Protective Order attached hereto as Exhibit 1.

RCFC 26(c) provides that, upon motion by a person from whom discovery is sought and for good cause shown, a protective order may be entered to prevent disclosure of "a trade secret or other confidential research, development, or commercial information not to be revealed [to] or be revealed only in a designated way...." The parties agree that the attached Protective Order is necessary to prevent disclosure of the confidential or proprietary information that will be sought during discovery. Information in this category includes government source selection information and information prepared by Plaintiff's expert witness, Baker & O'Brien, Inc. ("Baker & O'Brien"). The parties agree that they have an interest in preventing dissemination of these and other sensitive materials outside this litigation, and the proposed Order places certain restrictions on the use of documents designated by a party as "Confidential" that will ensure such protection.

Although the attached Order provides adequate protection for what is likely to be the majority of documents produced in this litigation, Plaintiff submits that it may be necessary at a

later time to seek modification of the attached Order. Moreover, because Defendant may seek additional information during discovery, and because it is not clear what agreements the parties may be able to reach concerning such information, the parties reserve the right to seek to modify the protective order in the future as may be necessary.

Respectfully submitted,

s/ R.H. Uscher
Ronald H. Uscher
Bastianelli, Brown & Kelley, Chtd.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (fax)

Attorneys for Gold Line Refining, Ltd.

*Of Counsel:*

Donald A. Tobin
Lori Ann Lange
Bastianelli, Brown & Kelley, Chtd.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (fax)

ROBERT D. MCCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Reginald T. Blades
Reginald T. Blades, Jr.
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W., 8th Floor
Washington, D.C. 20530
(202) 616-8257 (Phone)
(202) 307-0972

Attorneys for the United States

*Of Counsel:*

HOWARD M. KAUFER
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Ft. Belvoir, VA 22060

Dated: November 12, 2003

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2003, the foregoing Joint Motion For Entry of Protective Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald H. Uscher

M:\flyd\002\Joint Motion-Entry Protective Order.doc