# In the United States Court of Federal Claims

No. 98-543 C
(E-filed: December 2, 2003)

GOLD LINE REFINING, LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Motion for Entry of Protective Order. The parties have attached their proposed protective order. Having reviewed the proposed protective order and based on the representations contained in the parties' joint motion, the court GRANTS the parties' joint motion, except that the last phrase in the third sentence of paragraph 8 shall be revised to read "except as required by the court or agreed upon in writing by the parties."

IT IS SO ORDERED.

/s Emily C. Hewitt
EMILY C. HEWITT
Judge