# In the United States Court of Federal Claims

No. 98-543 C

(E-Filed: December 8, 2003)

GOLD LINE REFINING, LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court are: (1) Defendant's Motion to Consolidate; (2) Defendant's Motion to Modify the June 9, 2003 Scheduling Order to Enlarge the Time for Defendant to Complete Discovery; (3) and the responsive briefing thereto. Based upon the court's consideration of the briefing and further to the telephonic status conference held in this matter on December 5, 2003, the court orders the following:

1. In view of the maturity of the litigation in this case and the preliminary stages of litigation in the related action, Floyd v. United States, case no. 03-2245 C, as well as the different products, time frames, and potential affirmative defenses and counterclaims involved in the Floyd case, the court does not believe that consolidation of the two cases will enhance the efficiency of litigation of either case. See Rule 1 of the Rules of the Court of Federal Claims (RCFC) (stating that the RCFC "shall be construed . . . to secure the just, speedy, and inexpensive determination of every action"). Defendant's Motion to Consolidate is DENIED.

2. Defendant's Motion to Modify [Paragraph 1 of] the June 9, 2003 Scheduling Order to Enlarge the Time for Defendant to Complete Discovery is GRANTED. By concurrence of the parties, the discovery deadline of December 5, 2003 established in paragraph 1 of the court's June 9, 2003 Order is enlarged by 6 months. On or before June 4, 2004, discovery shall be completed.

3. Upon completion of discovery, the parties shall contact the court to arrange a telephonic status conference to schedule further proceedings in this matter.

4. Paragraphs 2 through 6 of the court's June 9, 2003 Scheduling Order are hereby VACATED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge