# In the United States Court of Federal Claims

**98-543C**

**Filed: December 11, 2003**

**GOLD LINE REFINERY, LTD.,**

**v.**

**THE UNITED STATES**

**Transcript of Proceedings in One Volume**
**Taken at Washington, DC on December 5, 2003**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.