**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GOLD LINE REFINING, LTD., through its trustee, Ben B. Floyd, Plaintiff | ) | |
| v. | ) | No. 98-543C (Judge Hewitt) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE**

Plaintiff, Gold Line Refining, Ltd., through its trustee, Ben B. Floyd, (hereinafter referred to as "Gold Line") respectfully moves for leave to file a Response to Defendant's February 23, 2004, Reply to Plaintiff's Opposition to Defendant's Motion to Amend Answer to Assert Affirmative Defense ("Reply"). The proposed Response is being filed simultaneously with this Motion.

Gold Line seeks leave to file a Response in order: (a) to reply to statements by Defendant with respect to this Court's December 8, 2003, Order denying Defendant's November 10, 2003, Motion to Consolidate this case with Ben B. Floyd, Trustee of the Bankruptcy Estate of Gold Line Refining, Ltd. v. United States, No. 03-2245C (Fed. Cl.) (Judge Hewitt) (hereinafter referred to as "Gold Line II"); and (b) to correct factual misstatements in Defendant's Reply.

Defendant now plainly admits that, "Allowing the amendment will **effectively consolidate** Gold Line I with that portion of Gold Line II that relates to JP-4 delivered under contract 0562." (*emphasis added)*. This Court denied Defendant's Motion to Consolidate once;

by Order of December 8, 2003. Defendant's attempt to end-run around the Court's Order should also be denied.

For these reasons, Gold Line respectfully requests that its Motion For Leave to File a Response to Defendant's February 23, 2004, Reply be GRANTED.

Respectfully submitted,

s/Ronald H. Uscher
Bastianelli, Brown & Kelley, Chtd.
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)

Counsel for Plaintiff

*Of Counsel:*

Donald A. Tobin
Lori Ann Lange
Bastianelli, Brown & Kelley, Chtd.
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (facsimile)

Dated: February 27, 2004