# In the United States Court of Federal Claims

No. 98-543 C
(Filed: March 1, 2004)

GOLD LINE REFINING, LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiff's Motion for Leave to File Response to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Amend Answer to Assert Affirmative Defense. The motion for leave is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge