**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GOLD LINE REFINING, LTD., Through its Trustee Ben B. Floyd, Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-543C (Judge Hewitt) |

**<u>JOINT MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER</u>**

Pursuant to RCFC 26(c), Plaintiff, Gold Line Refining, Ltd. ("Gold Line"), and Defendant, the United States, respectfully submit this joint motion for entry of the Amended Protective Order attached hereto as Exhibit 1.

On December 2, 2003, the Court entered the parties' Protective Order.[1] The parties' motion for entry of the protective order provided that it may be necessary at a later time to seek modification of the protective order and that the parties reserved the right to seek to modify the protective order in the future as may be necessary.

The parties currently seek to modify the protective order for additional protection and clarification. Therefore, the parties submit the following proposed changes to the protective order, which have been incorporated into the Amended Protective Order attached as Exhibit 1:

1. In accordance with the Court's Order of December 2, 2003, the last phrase in the third sentence of paragraph 8 is revised to read "except as required by the Court or agreed upon in writing by the parties."

[1] The Court ordered a revision to the last phrase in the third sentence of paragraph 8. This revision is reflected in the proposed Amended Protective Order (Exhibit one hereto.)

2. Paragraph 7(a) is deleted and replaced with the following: "Unredacted materials will be made available at a location(s) as may be agreed by the parties."
3. Paragraph 7(e) is deleted and replaced with the following: "Once materials have been redacted they are no longer considered confidential. However, Defendant agrees to use redacted materials solely in this litigation, or in litigation in which Baker & O'Brien may become an expert witness, and for no other purpose."

By letter of February 19, 2004, the parties agreed to paragraphs (2) and (3), above.

Respectfully submitted,

s/ R.H. Uscher
Ronald H. Uscher
Bastianelli, Brown & Kelley, Chtd.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (fax)

Attorneys for Gold Line Refining, Ltd.

*Of Counsel:*

Donald A. Tobin
Lori Ann Lange
Bastianelli, Brown & Kelley, Chtd.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (fax)

ROBERT D. MCCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Reginald T. Blades,Jr.
Reginald T. Blades, Jr.
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W., 8th Floor
Washington, D.C. 20530
(202) 616-8257 (Phone)
(202) 307-0972

Attorneys for the United States

*Of Counsel:*

HOWARD M. KAUFER
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Ft. Belvoir, VA 22060

Dated: March 3, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2004, the foregoing Joint Motion for Entry of Amended Protective Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald H. Uscher

M:\FLYD\002\Joint Motion-Amend Protective Order.doc