**EXHIBIT A**

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GOLD LINE REFINING, LTD., Through its Trustee Ben B. Floyd, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-543C (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION OF ____________________

STATE OF __________________ )
)
COUNTY OF ________________ )

1. My name is ___________________________________.

2. My present employer is____________________________________________

____________________________________________________________________

3. My present occupation or job description is _____________________________

____________________________________________________________________

4. I have received a copy of the Protective Order issued in connection with the above-captioned matter.

5. I have carefully read and understand the provisions of the Protective Order.

6. I will comply with all of the provisions of the Protective Order.

7. I will hold all confidential documents and information and any duplicates, notes, abstracts or summaries thereof in confidence, will not disclose such documents or information to

anyone not specifically entitled to access under the Protective Order, and will use the documents and information solely of purposes of this litigation, except as provided by the Protective Order.

8. At the conclusion of this litigation, I will return all originals of all protected documents and information and any duplicates, notes, abstracts or summaries thereof, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

________________________________

DATED: ____________________________

M:\floyd/002\Protective Order Exhibit A