**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GOLD LINE REFINING, LTD., Through its Trustee Ben B. Floyd, Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-543 (Judge Hewitt) |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO ANSWER INTERROGATORIES AND RESPOND TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 37 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff moves this Court for an Order compelling Defendant to provide complete answers to Plaintiff's Third Set of Interrogatories and to provide documents responsive to Plaintiff's Third Request for Production of Documents.

The grounds for this Motion are set forth in the attached Memorandum in Support of Plaintiff's Motion to Compel Defendant to Respond to Discovery.

Therefore, Plaintiff respectfully requests that the Court issue an Order compelling service of complete and responsive answers and production of documents within five (5) days of the Court's Order.

Respectfully submitted,

s/ Ronald H. Uscher

Ronald H. Uscher
Bastianelli, Brown & Kelley, Chtd.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036

(202) 293-8815
(202) 293-7994 (fax)

Counsel for Plaintiff

Of Counsel:

Donald A. Tobin
Lori Ann Lange
Bastianelli, Brown & Kelley, Chtd.
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036

Dated: March 11, 2004

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March 2004, the foregoing Plaintiff's Motion to Compel Defendant to Answer Interrogatories and Respond to Request for Production of Documents was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald H. Uscher