**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GOLD LINE REFINING, LTD.,<br>Through its Trustee Ben B. Floyd,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 98-543C<br>(Judge Hewitt) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE ERRATA PAGE**

By Order of February 20, 2004, the Court directed the parties to show cause why this matter should not be stayed pending consideration by the United States Court of Appeals for the Federal Circuit of interlocutory appeals of *Tesoro Hawaii Corporation v. United States*, 58 Fed. Cl. 65 (2003), and *Hermes Consolidated, Incorporated d/b/a Wyoming Refining Company*, 58 Fed. Cl. 409 (2003).

On March 12, 2004, Plaintiff filed its Response to the Court's February 20, 2004 Order. Plaintiff's Response contained two errors on page three. First, in the heading entitled, "THE FEDERAL CIRCUIT MAY NOT RESOLVE THE ISSUES IN GOLD LINE II." (emphasis added). The heading should have read, "THE FEDERAL CIRCUIT MAY NOT RESOLVE THE ISSUES IN GOLD LINE I." (emphasis added). Second, the sentence, "However, waiver and clause deviations are not issues here." was omitted.

Plaintiff respectfully moves for leave to file an errata page, including corrections to page three. The errata page for page three is being filed simultaneously with this Motion.

For this reason, Plaintiff respectfully requests that its Motion For Leave to File Errata Page be GRANTED.

Respectfully submitted,

s/ Ronald H. Uscher

Ronald H. Uscher
Bastianelli, Brown & Kelley, Chtd.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (fax)
Counsel for Plaintiff

*Of Counsel:*
Donald A. Tobin
Lori Ann Lange
Bastianelli, Brown & Kelley, Chtd.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (fax)

Dated: March 15, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2004, the foregoing Plaintiff's Motion for Leave to File Errata Page was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald H. Uscher