# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: March 22, 2004)

| | |
|---|---|
| GOLD LINE REFINING, LTD., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Motion for Leave to File Errata Page. The motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge