# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: March 23, 2004)

GOLD LINE REFINING, LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

A telephonic status conference will be held on the record on Tuesday, March 30, 2004 at 2:00 p.m. A Sprint operator will initiate the call to the parties.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge