# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: March 30, 2004)

GOLD LINE REFINING, LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion to Amend Answer to Assert Affirmative Defense (Motion to Amend Answer). The court STAYS its consideration of defendant's Motion to Amend Answer pending the Federal Circuit's consideration of the interlocutory appeals of Tesoro Hawaii Corporation v. United States, 58 Fed. Cl. 65 (2003) and Hermes Consolidated, Incorporated v. United States, 58 Fed. Cl. 409 (2003).[1]

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[1]The cases are consolidated on appeal under CAFC Case No. 04-5064.