# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: March 30, 2004)

GOLD LINE REFINING, LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The parties' Joint Motion for the Entry of Amended Protective Order is GRANTED in the form of the attachment to the parties' Joint Motion for Entry of Amended Protective Order.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge