# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: March 30, 2004)

GOLD LINE REFINING, LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the court's Show Cause Order dated February 20, 2004, the parties have responded. The court held a telephonic status conference on the record with the parties on March 30, 2004.

Defendant states that this matter should be stayed pending the Federal Circuit's consideration of the interlocutory appeals of Tesoro Hawaii Corporation v. United States, 58 Fed. Cl. 65 (2003) (Tesoro) and Hermes Consolidated, Incorporated v. United States, 58 Fed. Cl. 409 (2003) (Hermes),[1] cases involving "controlling issues" similar to those presented in plaintiff's complaint in this matter. Defendant's Response to the Court's Order to Show Cause Why Proceedings in This Matter Should Not Be Suspended (Defendant's Resp.) at 2-4. Defendant also urges the court to permit the parties "so far as they can agree to conclude currently pending document discovery." Id. at 4. Plaintiff argues that "[t]his litigation should not be stayed on mere speculation of what may or may not occur at some future time in an appellate court." Plaintiff's Response to Order to Show Cause at 1. Plaintiff observes that this case "is more mature than other DESC jet fuel pricing cases . . .[and that] [d]iscovery is well underway. . . ." Id. at 6.

After carefully considering the parties' arguments in the briefing and further to the telephonic status conference, the court STAYS all further proceedings this case, with the exception of the pending documentary discovery requests that are not disputed by the

[1]The cases are consolidated on appeal under CAFC Case No. 04-5064.

parties,[2] during the Federal Circuit's consideration of the consolidated interlocutory appeals in Tesoro and Hermes. On or before fourteen days after the issuance of the Federal Circuit's decision, the parties shall file a joint status report with the court proposing further proceedings in this matter.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[2]The disputed discovery is addressed in the court's Order of March 30, 2004 addressing Plaintiff's Motion to Compel Defendant to Answer Interrogatories and Respond to Request for Production of Documents.