IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLD LINE REFINING, LTD., through its trustee Ben B. Floyd,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 98-543 C<br>(Judge Hewitt) |

JOINT STATUS REPORT
AND
JOINT REQUEST TO CONTINUE SUSPENSION

Pursuant to the March 30, 2004 order of the Court, the parties respectfully submit this joint status report to advise the Court that on April 26, 2005, the United States Court of Appeals for the Federal Circuit issued its decision in Tesoro Hawaii Corporation et al. v. United States, No. 04-5064 (Fed. Cir. April 26, 2005). Counsel for Tesoro has indicated that a petition for the court of appeals to rehear Tesoro will be filed. Pursuant to Fed. R. App. P. 35(c) and 40(a)(1), a petition for rehearing must be filed within 45 days after entry of judgment.

By its March 30, 2004 order, the Court suspended proceedings in this case pending the decision by the court of appeals in Tesoro, and ordered that after the issuance of the Tesoro decision, the parties were to propose further proceedings in this case. Because counsel for Tesoro has indicated that a request will be made for the court of appeals to rehear Tesoro, the parties in this case respectfully request the Court to continue the suspension of proceedings in this case until any proceedings in

connection with a petition for rehearing have been concluded. The parties respectfully propose to file another status report, proposing further proceedings in this case, within 14 days after the conclusion of any rehearing proceedings, or if no petition for rehearing is filed, within 14 days after the time to file a petition for rehearing has expired.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

RONALD H. USCHER
Bastianelli, Brown, Touhey
& Kelly, Chartered
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994

Attorney for Plaintiff

Date: 5/9/05

REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Telephone: (202) 514-7300
Facsimile: (202) 307-0972

Attorneys for Defendant

Date: May 6, 2005

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 9th day of May, 2005, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "JOINT STATUS REPORT AND JOINT REQUEST TO CONTINUE SUSPENSION" addressed as follows:

Reginald T. Blades, Jr.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Ronald Clark