# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: May 18, 2005)

GOLD LINE REFINING, LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Status Report and Joint Request to Continue Suspension. The Clerk of the Court has notified chambers that the document was not docketed correctly in the CM/ECF system. The Joint Motion to Continue Suspension should have been docketed by selecting a "motion to continue suspension" in the motion selection screen (by pressing and holding down the Ctrl key and clicking on each of the desired multiple forms of relief).

Notwithstanding this docketing error, the court addresses the request contained in the parties' Joint Status Report. For future filings, the court refers the parties to the CM/ECF User Manual for Attorneys, which can be found on this court's website <http://www.uscfc.uscourts.gov/CMECF.htm> and to the CM/ECF User Assistance Line (866) 784-6273 (toll free).

The court GRANTS the parties' request to continue the stay of proceedings in this case pending any rehearing proceedings in the case of Tesoro Hawaii Corporation v. United States, No. 04-5064, 2005 WL 949074 (Fed. Cir. Apr. 26, 2005). The parties are directed to file a joint status report with the court proposing further proceedings in this matter within fourteen days after the conclusion of any rehearing proceedings, or if no petition for rehearing is filed, within fourteen days after the time to file a petition for rehearing has expired.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge