IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLD LINE REFINING, LTD., Through its trustee Ben B. Floyd, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-543 C (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO CONTINUE SUSPENSION
AND JOINT STATUS REPORT

Pursuant to the March 30, 2004 order of the Court, the parties respectfully submit this joint status report to advise the Court that on April 26, 2005, the United States Court of Appeals for the Federal Circuit issued its decision in Tesoro Hawaii Corporation et al. v. United States, No. 04-5064 (Fed. Cir. April 26, 2005). A petition for rehearing was filed and subsequently denied on August 22, 2005.

By its March 30, 2004 order, the Court suspended proceedings in this case pending the decision by the court of appeals in Tesoro, and ordered that after the issuance of the Tesoro decision, the parties were to propose further proceedings in this case. Because counsel for Tesoro is considering whether to seek review of Tesoro by the United States Supreme Court, the parties in this case respectfully request the Court to continue the suspension of proceedings in this case until any proceedings in connection with a petition for a w*rit of certiorari* are concluded. The parties respectfully propose to file another status report, proposing further proceedings in this case, within

14 days after the conclusion of any proceedings for a petition for a *writ of certiorari*, or if no petition is filed, within 14 days after the time to file a petition for a *writ of certiorari* has expired.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Ronald H. Uscher
RONALD H. USCHER
Bastianelli, Brown,
& Kelley, Chtd.
1133 21 Street, N.W., Suite 500
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994

Attorney for Plaintiff

Date: September 6 , 2005

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Telephone: (202) 514-7300
Facsimile: (202) 307-0972

Attorneys for Defendant

Date: September 6 , 2005

CERTIFICATE OF FILING

I certify under penalty of perjury that on this 6th day of September, 2005, a copy of the foregoing, " Joint Status Report and Joint Request To Continue Stay" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald H. Uscher.

m:flyd/002/8-30-R