# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: September 9, 2005)

GOLD LINE REFINING, LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Motion to Continue Suspension and Joint Status Report. The Clerk of the Court has notified chambers that the document was not docketed correctly in the CM/ECF system. The Joint Status Report and the parties' joint motion should have been docketed as separate events. For future filings, the court refers the parties to the CM/ECF User Manual for Attorneys, which can be found on this court's website <http://www.uscfc.uscourts.gov/CMECF.htm> and to the CM/ECF User Assistance Line (866) 784-6273 (toll free).

Notwithstanding the docketing error, the court addresses the request contained in the parties' joint motion. The court GRANTS the parties' motion to continue the stay of proceedings in this case pending proceedings in connection with a petition for a writ of certiorari in the case of Tesoro Hawaii Corporation v. United States, 405 F.3d 1339 (Fed. Cir. Apr. 26, 2005), reh'g and reh'g en banc denied, (Aug. 22, 2005). The parties are directed to file a joint status report with the court proposing further proceedings in this matter within fourteen days after the conclusion of proceedings in connection with a petition for a writ of certiorari, or if no petition for a writ of certiorari is filed, within fourteen days after the time to file a petition for a writ of certiorari has expired.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge