IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLD LINE REFINING, LTD.,<br>Through its trustee Ben B. Floyd,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 98-543 C<br>(Judge Hewitt) |

JOINT MOTION FOR LEAVE TO AMEND
JOINT MOTION TO CONTINUE SUSPENSION

Pursuant to Rule 15 of the Rules of the United States Court of Federal Claims, the parties hereby move for leave to amend their September 6, 2005 Joint Status Report and Joint Request To Continue Suspension. A copy of the proposed Amended Joint Motion to Continue Suspension is attached as Exhibit One.

In their September 6, 2005 Joint Status Report and Joint Request To Continue Suspension, the parties advised the Court that counsel for Tesoro was considering whether to seek review of Tesoro Hawaii Corporation et al. v. United States, 405 F.3d 1339 (Fed. Cir. 2005) by the United States Supreme Court. The parties requested the Court to continue the suspension of proceedings in this case until any proceedings in connection with a petition for a w*rit of certiorari* were concluded. By Order of September 9, 2005 the Court granted the parties' September 6, 2005 motion to continue the stay of proceedings.

Subsequent to filing their September 6, 2005 Joint Status Report and Joint Request To Continue Suspension, the parties were notified by counsel for Tesoro that the parties had

incorrectly represented counsel's position in their September 6, 2005 Joint Status Report and Joint Request To Continue Suspension. Specifically, counsel for Tesoro stated that rather than "considering" whether to seek review of Tesoro by the United States Supreme Court, counsel had said that he "was not in a position to make any representations concerning a petition for w*rit of certiorari* to the Supreme Court in Tesoro." Counsel for Tesoro requested the parties to amend their September 6, 2005 Joint Status Report and Joint Request To Continue Suspension to correctly state counsel's position. Accordingly, the parties now seek leave of the Court to file an Amended Joint Motion to Continue Suspension. The parties do not seek a change in the Court's September 9, 2005 Order.

WHEREFORE, the parties respectfully request leave of the Court to file an Amended Joint Motion to Continue Suspension.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Ronald H. Uscher
RONALD H. USCHER
Peckar, Abramson, Bastianelli
& Kelley, LLP
1133 21 Street, N.W., Suite 500
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Telephone: (202) 514-7300
Facsimile: (202) 307-0972

Attorney for Plaintiff

Date: September 28 , 2005

Attorneys for Defendant

Date: September 28 , 2005

CERTIFICATE OF FILING

I certify under penalty of perjury that on this 28th day of September, 2005, a copy of the foregoing, "Joint Motion for Leave to Amend Joint Motion To Continue Suspension" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald H. Uscher.

m:flyd/002\9-27