# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: October 12, 2005)

| | |
|---|---|
| GOLD LINE REFINING, LTD., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Motion for Leave to Amend Joint Motion to Continue Suspension. The parties motion for leave is GRANTED.

The court also addresses the request contained in the parties' Amended Joint Motion to Continue Suspension. The court GRANTS the parties' motion to continue the stay of proceedings in this case pending the conclusion of proceedings in connection with a petition for a writ of certiorari in the case of Tesoro Hawaii Corporation v. United States, 405 F.3d 1339 (Fed. Cir. Apr. 26, 2005), reh'g and reh'g en banc denied (Aug. 22, 2005). The parties are directed to file a joint status report with the court proposing further proceedings in this matter within fourteen days after the conclusion of proceedings in connection with a petition for a writ of certiorari or, if no petition for a writ of certiorari is filed, within fourteen days after the time to file a petition for a writ of certiorari has expired.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge