IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLD LINE REFINING, LTD., Through its trustee Ben B. Floyd, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-543 C (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

AMENDED JOINT MOTION TO CONTINUE SUSPENSION

Pursuant to the March 30, 2004 order of the Court, on September 6, 2005 the parties submitted a Joint Status Report and Joint Request To Continue Suspension to advise the Court that on April 26, 2005, the United States Court of Appeals for the Federal Circuit issued its decision in Tesoro Hawaii Corporation et al. v. United States, 405 F.3d 1339 (Fed. Cir. 2005). A petition for rehearing was filed and subsequently denied on August 22, 2005.

By its March 30, 2004 order, the Court suspended proceedings in this case pending the decision by the court of appeals in Tesoro, and ordered that after the issuance of the Tesoro decision, the parties were to propose further proceedings in this case. In their September 6, 2005 Joint Status Report and Joint Request To Continue Suspension, the parties advised the Court that counsel for Tesoro was considering whether to seek review of Tesoro by the United States Supreme Court. The parties requested the Court to continue the suspension of proceedings in this case until any proceedings in connection with a petition for a w*rit of certiorari* were concluded.

By Order of September 9, 2005 the Court granted the parties' September 6, 2005 motion to continue the stay of proceedings.

Subsequent to filing their September 6, 2005 Joint Status Report and Joint Request To Continue Suspension, the parties were notified by counsel for Tesoro that the parties had incorrectly represented counsel's position in their September 6, 2005 Joint Status Report and Joint Request To Continue Suspension. Specifically, counsel for Tesoro stated that rather than "considering" whether to seek review of Tesoro by the United States Supreme Court, counsel had said that he "was not in a position to make any representations concerning a petition for w*rit of certiorari* to the Supreme Court in Tesoro."

Counsel for Tesoro requested the parties to amend their September 6, 2005 Joint Status Report and Joint Request To Continue Suspension to correctly state counsel's position. Accordingly, the parties now file this Amended Joint Motion to Continue Suspension, but seek no change in the Court's September 9, 2005 Order requiring the parties to file another status report, proposing further proceedings in this case, within 14 days after the conclusion of any proceedings for a petition for a *writ of certiorari*, or if no petition is filed, within 14 days after the time to file a petition for a *writ of certiorari* has expired.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Ronald H. Uscher
RONALD H. USCHER
Peckar, Abramson, Bastianelli
& Kelley
1133 21 Street, N.W., Suite 500
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994

Attorney for Plaintiff

Date: October 17 , 2005

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Telephone: (202) 514-7300
Facsimile: (202) 307-0972

Attorneys for Defendant

Date: October 17, 2005

CERTIFICATE OF FILING

I certify under penalty of perjury that on this 17th day of October, 2005, a copy of the foregoing, “Amended Joint Motion to Continue Suspension” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Ronald H. Uscher

m:/flyd/002/10-17