# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: October 19, 2005)

| | |
|---|---|
| GOLD LINE REFINING, LTD., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On October 17, 2005, the parties' filed an Amended Joint Motion to Continue Suspension. This motion was considered and granted by court Order dated October 12, 2005. By Order dated October 12, 2005, the court granted the parties' Joint Motion for Leave to Amend Joint Motion to Continue Suspension and, by that same Order, the court addressed and granted the underlying motion, specifically the parties' Amended Joint Motion to Continue Suspension. Because the court has already considered and granted the parties' Amended Joint Motion to Continue Suspension, the parties' filing of this same document on October 17, 2005 is MOOT.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge