# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: March 2, 2006)

GOLD LINE REFINING, LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On October 12, 2005, the court issued an order granting the parties' motion to continue the stay of proceedings in this case pending the conclusion of proceedings in connection with a petition for a writ of certiorari in the case of Tesoro Hawaii Corporation v. United States, 405 F.3d 1339 (Fed. Cir. Apr. 26, 2005), reh'g and reh'g en banc denied (Aug. 22, 2005) (Tesoro case). In the October 12, 2005 order, the court directed the parties to file a joint status report with the court proposing further proceedings in this case within fourteen days after the conclusion of proceedings in connection with a writ of certiorari or, if no petition for a writ of certiorari is filed, within fourteen days after the time to file a petition for a writ of certiorari has expired.

The court directs the parties to provide the court with a report of the status of proceedings in the Tesoro case on or before March 13, 2006 and, if proceedings in the Tesoro case in connection for a writ of certiorari have been concluded or the time to file a petition for a writ of certiorari has expired, the court directs the parties to provide the court with a joint status report proposing further proceedings in this case.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge