# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: March 7, 2006)

| | |
|---|---|
| GOLD LINE REFINING, LTD., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is plaintiff's Unopposed Motion to Continue Stay of Proceedings (plaintiff's motion), requesting "the [c]ourt to continue the stay of proceedings . . . until the merits of the remaining counts in either Tesoro Hawaii Corpor[ation] . . . v. United States, No. 02-704 C[,] ('Tesoro[]') . . . or Hermes Consol[idated], Inc. v. United States, No. 02-1460[,] ('Hermes') are litigated." On March 7, 2006, during an informal telephonic status conference (TSC), the parties confirmed their request to stay proceedings pending resolution of the remaining counts of Tesoro or Hermes. Based on the foregoing, plaintiff's motion is GRANTED. The parties are directed to file a joint status report with the court proposing further proceedings in this matter within fourteen days after the conclusion of trial court proceedings in either Tesoro or Hermes.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge