# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: December 11, 2007)

| | |
|---|---|
| GOLD LINE REFINING, LTD., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

This case was stayed pending the resolution of Tesoro Hawaii Corp. v. United States, No. 02-704 C, (Tesoro). The mandate in that case has now been issued, as has the mandate in a related case, La Gloria v. United States, No. 02-465C. The STAY in this case is LIFTED. Pursuant to the court's order of March 7, 2006, the parties shall file a joint status report (or, if the parties cannot agree, separate status reports) proposing further proceedings in this matter on or before Thursday, December 20, 2007. Order of Mar. 7, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge