IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLD LINE REFINING, LTD. | ) | |
| | ) | |
| Plaintiff, | ) | No. 98-543 C |
| | ) | (Judge Hewitt) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

Pursuant to the March 7, 2006 Order of the Court, the parties respectfully advise the Court that on September 21, 2007, the Unites States Court of Appeals for the Federal Circuit issued its decision in *ConocoPhillips v. United States*, No. 2007-5005, 2007, 501 F.3d 1374 (Fed Cir. Sept. 21, 2007) affirming the U.S. Court of Federal Claims' dismissal of select ConocoPhillips claims. Further, on September 28, 2007 the US Court of Appeals for the Federal Circuit issued its ruling in *Tesoro Hawaii Corp. v. United States*, No. 2007-5022 , 2007 WL 2818640 (Fed. Cir. Sept. 28, 2007) also affirming the U.S. Court of Federal Claims' dismissal of select Tesoro claims.

Accordingly, and in view of the above rulings, Plaintiff is considering settlement of the instant litigation and expects to reach a decision by January 21, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Ronald H. Uscher
RONALD H. USCHER
Peckar & Abramson, P.C.
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994

Attorney for Plaintiff

Date: _December 20, 2007__

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 110 L Street
Washington, D.C. 20530
Telephone: (202) 616-8257
Facsimile: (202) 307-0972

Attorneys for Defendant

Date: __December 20, 2007__