# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: December 28, 2007)

| | |
|---|---|
| GOLD LINE REFINING, LTD., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the Joint Status Report submitted by the parties. Further to the representations therein, the parties shall, if the case has not been dismissed, file a Joint Status Report on or before January 31, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge