IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLD LINE REFINING, LTD.<br>Debtor-in-Possession,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 98-543C<br>(Judge E. Hewitt) |

**JOINT STATUS REPORT**

Plaintiff on behalf of both parties wishes to advise the Court as follows:

Pursuant to the March 7, 2006 Order of the Court, the parties respectfully advise the Court that on September 21, 2007, the United States Court of Appeals for the Federal Circuit issued its decision in *ConocoPhillips vs. United States*, No. 2007-5005, 2007, 501 F.3d 1374 (Fed Cir. Sept. 21, 2007) affirming the U.S. Court of Federal Claims' dismissal of select ConocoPhillips claims. Further on September 28, 2007 the U.S. Court of appeals for the Federal Circuit issued its ruling in *Tesoro Hawaii Corp. v. United States*, No. 2007-5022, 2007 WL 2818640 (Fed. Cir. Sept. 28, 2007) also affirming the U.S. Court of Federal Claims' dismissal of select Tesoro claims.

Accordingly, and in view of the above rulings, Plaintiff decided to settle and dismiss the instant litigation. Plaintiff is seeking authorization from the bankruptcy court to do so. Plaintiff expects to receive approval from the bankruptcy court within sixty days.

Respectfully submitted,

s/Ronald H. Uscher

RONALD H. USCHER
Peckar & Abramson, P.C.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994
Attorney for Plaintiff,
Gold Line Refining, Ltd.

Date: January 31, 2008