# In the United States Court of Federal Claims

No. 98-543 C
(E-Filed: February 1, 2008)

GOLD LINE REFINING, LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the Joint Status Report submitted by the parties. Further to the representations therein, the parties shall, if the case has not been dismissed, file a Joint Status Report on or before Monday, March 31, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge