IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GOLD LINE REFINING, LTD. )
Debtor-in-Possession, )
)
Plaintiff, )
)
v. ) No. 98-543C
) (Judge E. Hewitt)
THE UNITED STATES, )
)
Defendant. )
)

**JOINT STATUS REPORT**

Plaintiff on behalf of both parties wishes to advise the Court as follows:

Pursuant to the February 1, 2008 Order of the Court, the parties respectfully advise the Court that Plaintiff decided to settle and dismiss the instant litigation. Plaintiff, through its trustee, is seeking authorization from the bankruptcy court to do so. Counsel for Plaintiff is monitoring the efforts of the trustee to obtain such authorization. Counsel for Plaintiff expects to be advised within sixty days that the bankruptcy court has authorized the settlement and dismissal of the instant litigation.

Respectfully submitted,

s/Ronald H. Uscher

RONALD H. USCHER
Peckar & Abramson, P.C.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994
Attorney for Plaintiff,
Gold Line Refining, Ltd.

Date: March 31, 2008

242951