IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GOLD LINE REFINING, LTD.<br>Debtor-in-Possession,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 98-543C<br>(Judge E. Hewitt) |

**JOINT STATUS REPORT**

Plaintiff on behalf of both parties wishes to advise the Court as follows:

Pursuant to the April 2, 2008 Order of the Court, the parties respectfully advise the Court that Plaintiff decided to settle and dismiss the instant litigation. Plaintiff, through its Trustee, is seeking authorization from the bankruptcy court to do so. Counsel for Plaintiff is monitoring the efforts of the Trustee to obtain such authorization. On May 14, 2008 the Trustee filed a Motion to Compromise Under Bankruptcy Rule 9019 with the United States of America and its Agent, the Defense Energy Support Center. If granted, the Trustee's motion will allow the Trustee to compromise and settle the instant litigation. The Trustee expects the Motion to be summarily granted within 45 days.

Respectfully submitted,

s/Ronald H. Uscher

RONALD H. USCHER
Peckar & Abramson, P.C.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994
Attorney for Plaintiff,
Gold Line Refining, Ltd.

Date: June 2, 2008

242951