IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLD LINE REFINING, LTD.<br>Debtor-in-Possession,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 98-543C<br>(Judge E. Hewitt) |

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to RCFC 41(a)(1)(ii), Plaintiff, Gold Line Refining, Ltd., and Defendant, the United States, Jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney fees.

RONALD H. USCHER
Peckar & Abramson, P.C.
Two Lafayette Centre
1133 21 Street, N.W., Suite 500
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994

Attorney for Plaintiff

Dated: 6/23/08

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director and Authorized Representative
of the Attorney General

REGINALD T. BLADES, JR.
Assistant Director
Attn: Classification Unit
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, 8th Floor
Washington, D.C. 20530
Tel: 202-616-8257
Fax: 202-307-0972

Dated: 7/7/08

242949 v1